# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC11 | 9465699 | PETERS | 4715 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 05/02/2025 2114
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(a)(5), (b)(43)

**Place of Offense:** 11301 Wilshire Blvd, Los Angeles, CA 90073

**Offense Description: Factual Basis for Charge** ☐ HAZMAT
Loitering on VA controlled property

### DEFENDANT INFORMATION
**Last Name:** BYRD
**First Name:** Gary
**MI:** T

**Tag No.:** 9SVH078  **State:** CA  **Year:** ___  **Make/Model:** COACHMEN EUROPE  **PASS** ☐  **Color:** GRAY

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 80 **Total Collateral Due**

### YOUR COURT DATE
**Court Address:** ROYBAL FEDERAL BUILDING, 255 E. Temple St. 6th Floor, Los Angeles, CA 90012
**Date:** 7/2/2025  **Time:** 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** [signed] Gary Byrd

Original - CVB Copy

*9465699*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 5/2, 2025 while exercising my duties as a law enforcement officer in the Central District of CA

[narrative lines blank / crossed out]

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 5/2/2025  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident